UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Christopher Marchese and Collette Marchese, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

Vital Recovery Services, Inc.,

        Defendant.

JUDGMENT

Docket No: 2:17-cv-06569-SJF-GRB

    Defendant, Vital Recovery Services, Inc. having offered judgment against itself pursuant to FRCP 68 in favor of Plaintiff Collette Marchese in the sum of $1,251.00 plus costs and attorney's fees in an amount to be set by the court, and Plaintiff Collette Marchese having accepted said offer of judgment, it is

    **ORDERED AND ADJUDGED** that Plaintiff Collette Marchese recover from Defendant Vital Recovery Services, Inc. the principal amount of $1,251.00, costs of $496.50, and attorney's fees in an amount to be set by the court; and that this case shall continue as to Plaintiff Christopher Marchese.

Dated: Central Islip, New York
       March 27, 2019

                                        DOUGLAS C. PALMER
                                        CLERK OF COURT

                                        /s/ James J. Toritto
                                        Deputy Clerk